**No. 09-8738. Daniel Prewett, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1720, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1942.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 340 Fed. Appx. 639.